WHITE PLAINS INDUSTRIAL REALTY COMPANY, INC., Respondent, v. MILTON BOAT YARDS, INC., Defendant; NEW ROCHELLE COAL & LUMBER COMPANY, Appellant; JOHN H. CALHOUN, Receiver, Respondent.— Order denying the motion of the judgment creditor (1) to remove the receiver appointed in this foreclosure action in so far as it affects the business of the defendant; (2) to direct the receiver to deliver to the receiver in supplementary proceedings all the funds in his possession which have resulted from the running or liquidation of the defendant's business, or (3) to direct the receiver to turn over to the receiver in supplementary proceedings assets sufficient to satisfy the appellant's judgment, affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Johnston and Adel, JJ., concur.

WLADYSLAW ZEBROWSKI, Respondent, v. MAXIM BOBINSKI, Appellant. (Action No. II.) — In an action to recover damages for malicious prosecution, judgment in favor of plaintiff and order denying defendant's motion for a new trial unanimously affirmed, with costs. No opinion. Present — Hagarty, Davis, Johnston, Taylor and Close, JJ.

## (December 22, 1937.)

In the Matter of the Application of JAMES L. BOONE for Admission to Practice as an Attorney and Counselor at Law. (From the State of Idaho.) — Application granted. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

In the Matter of the Application of CYRUS S. GENTRY for Admission to Practice as an Attorney and Counselor at Law. (From the State of Texas.) — Application granted. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

In the Matter of the Application of ARTHUR L. HURST for Admission to Practice as an Attorney and Counselor at Law. (From the State of New Jersey.) — Application granted. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

ETHEL G. BELL, as Administratrix, etc., of GEORGE N. BELL, Deceased, Respondent, v. OLD COLONY COACH LINES, INC., Appellant, and NEW ENGLAND TRANSPORTATION COMPANY, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Hagarty, Carswell, Davis, Johnston and Adel, JJ.